IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



JAMES RICHARDS, #76127                                                                                    PLAINTIFF

V                                                                  CIVIL ACTION NUMBER  4:05CV05-TSL-AGN

DR. STEPHEN BUTLER, NURSE SANDRA ATWOOD,
NURSE NEAL, WARDEN CARTER, WARDEN CROSSON
and CAPTAIN ENTERKIN                                                                                    DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL
## WITHOUT PREJUDICE

This cause comes before the Court on the oral motion of the Plaintiff to dismiss this case without prejudice, and the Court being informed that the Defendants have no objection to the Motion, finds that it is well-taken and should be granted. It is therefore

ORDERED that this case be, and is hereby, dismissed without prejudice.

SO ORDERED, this the __3rd__ day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_James Richards_
James Richards, MDOC No. 76127
The Plaintiff

_Lee Thaggard_
Lee Thaggard (MSB #9442) of
BOURDEAUX & JONES, LLP
P. O. Box 2009
Meridian, MS 39302-2009
(601) 693-2393
Attorneys for Defendants